UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

MAR 29 2016

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. L 16-424 |
| LUIS ARMANDO BARBOSA-CAMPOS | § § | MGM |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about March 4, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LUIS ARMANDO BARBOSA-CAMPOS,**

an alien who had been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal was outstanding, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003.

In violation of Title 8, United States Code, Section 1326.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Mike Eaton
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO. **L-16-424**

__LAREDO__   DIVISION

FILE: 16-05671   MAG#: 16-00280
__INDICTMENT__        Filed: __Mar. 29, 2016__

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

KENNETH MAGIDSON, USA
Mike Eaton, AUSA

VS.

**LUIS ARMANDO BARBOSA-CAMPOS**

**CHARGE:** Ct. 1:  Illegal entry after deportation [8 USC 1326]

**TOTAL COUNTS: 1**

**PENALTY:**   Ct. 1:  0 to 20 Years and/or $250,000.00, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: